# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BENITO KEON CARTER,<br><br>        Defendant. | Case No. 3:22-cr-00082-SLG-KFR |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 43. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Indictment, Felon in Possession of a Firearm which is a violation of 18 U.S.C. § 992(g)(1). Defendant also admitted to the Criminal Forfeiture Allegation.

Judge Reardon issued a Final Report and Recommendation at Docket 48, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment and accept Defendant's admission to the Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have

been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment and Defendant is adjudged GUILTY of Count 1. The Court also ACCEPTS Defendant's admission to the Criminal Forfeiture Allegation.

The Joint Motion to Continue Imposition of Sentence Hearing on July 20, 2023, at Docket 49 is GRANTED. The Imposition of Sentence hearing scheduled for July 25, 2023, is VACATED and rescheduled to **September 26, 2023, at 1:00 p.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 2nd day of May, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cr-00082-SLG-KFR , *United States v. Carter*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:22-cr-00082-SLG-KFR   Document 50   Filed 05/02/23   Page 2 of 2